OLYMPIA SASSO, Respondent, v. TESSIE LAURINO et al., Defendants, and ANGELO LAURINO et al., Defendants-Appellants.— Appeal by two defendants from a judgment of foreclosure and sale.  Judgment unanimously affirmed, with costs. No opinion.  Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.